**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

      v.                                          Case No. 3:01cr76/RV

**JORGE MACHADO**

                                        /

**ORDER**

      Defendant Machado has moved to preclude the United States Probation Officer from contacting the defendant's employer. (Doc. 50)

      It appears that the defendant has intentionally falsified his application for this employment by failing to acknowledge or note this arrest or conviction. This is a matter of grave concern. Further, there is reason to believe that a risk exists in which the defendant could engage in unlawful conduct similar to the offense of conviction. Therefore, the motion is DENIED.

      However, the supervising United States Probation Officer is granted some discretion in not notifying the defendant's current employer as long as the defendant's job-related travel is restricted to the Southern District of Florida and the officer is able to perform risk control activities as outlined in the officer's attached letter of August 12, 2005, which is made a part of this order. If those conditions cannot be met, or if the officer cannot be satisfied that the risk is absolutely minimal, or if the defendant changes employers, but continues in trucking activity, then notification is required.

      **DONE AND ORDERED** this 30th day of August, 2005.

                                                  /s/ /*Roger Vinson*
                                                **ROGER VINSON**
                                                **Senior United States District Judge**