PROB 12B
(7/93)

# United States District Court
## for the
## Northern District Of Florida

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jorge Machado                     Case Number: 3:01CR76-001/RV

Name of Sentencing Judicial Officer: The Honorable Roger Vinson, Senior U.S. District Judge

Date of Original Sentence: 12/31/01                 Type of Supervision:    Supervised Release

Original Offense: Possession with Intent to Distribute    Date Supervision Commenced: 11/08/04
100 Kilograms or More of Marijuana

Original Sentence: 60 months imprisonment; 4 years       Date Supervision Expires: 11/07/08
supervised release

## PETITIONING THE COURT

1   "The defendant shall participate in the Home Detention Electronic Monitoring Program for 90 days. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the U.S. Probation Officer. The defendant shall maintain a telephone at his place of residence without "call forwarding," "call waiting," a modem, "caller ID," or "call back/call block" services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the U.S. Probation Officer."

### CAUSE

On December 6, 2006, Mr. Machado notified his supervising U.S. Probation Officer, Hank Baldwin, that he had separated from his wife and had been using cocaine. He further admitted he had been using cocaine for the past months. Mr. Machado submitted to a urinalysis test which was returned with positive results for cocaine.

Respectfully submitted,

by  Donna M. Garrison
    U.S. Probation Officer Assistant
    Date: December 19, 2006

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

06 DEC 20 PH 3: 31

FILED

Prob 12B
Re: Machado, Jorge
December 19, 2006
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

Honorable Roger Vinson
Signature of Judicial Officer

12/20/06
Date